UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN G. NELSON,

    Plaintiff,

v.                                                CASE NO. 22-cv-12822

DETROIT TIGERS, INC.,            HON. DAVID M. LAWSON

    Defendant.                       MAG. JUDGE DAVID R. GRAND

_____

| | |
|---|---|
| NICHOLAS ROUMEL (P37056) | THOMAS R. PAXTON (P36214) |
| Nacht & Roumel, P.C. | Ogletree, Deakins, Nash, |
| Attorneys for Plainitff | Smoak & Stewart, PLLC |
| 501 Avis Drive, Suite 3 | Attorneys for Defendant |
| Ann Arbor, MI 48108 | 34977 Woodward Avenue, Ste. 300 |
| T: (734) 663-7550 | Birmingham, MI 48009 |
| nroumel@nachtlaw.com | T: (248) 593-6400 |
| | thomas.paxton@ogletree.com |

_____

### **STIPULATION DISMISSING CERTAIN CLAIMS**

Counsel for the parties have agreed to stipulate to the dismissal, with prejudice, of Plaintiff's claims of race discrimination under 42 U.S.C. § 1981, Title VII of the Civil Rights Act of 1964 and/or the Michigan Elliott-Larsen Civil Rights Act (M.C.L. 37.2201 *et seq*.) as plead in the First Amended Complaint (ECF No. 9 PageID 47-56).

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, PLLC

        s/ Thomas R. Paxton
        THOMAS R. PAXTON (P36214)
        Attorneys for Defendant
        34977 Woodward Avenue, Suite 300
        Birmingham, MI 48009
        T: (248) 593-6400
        thomas.paxton@ogletree.com

        and

        NACHT & ROUMEL, P.C.

        s/ Nicholas Roumel (w/consent)
        NICHOLAS ROUMEL (P37056)
        Attorneys for Plaintiff
        501 Avis Drive, Suite 3
        Ann Arbor, MI 48108
        T: (734) 663-7550
        nroumel@nachtlaw.com

Dated: October 13, 2023

## CERTIFICATE OF SERVICE

    I hereby certify that on October 13, 2023 I electronically filed the foregoing document with the Clerk of the Court using the Court's e-filing system, which will send notification of such filing to all counsel of record.

        s/ Thomas R. Paxton
        Thomas R. Paxton (P36214)
        Attorneys for Defendant